No. 93–486.  KELLY ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.  C. A. 11th Cir.  Certiorari denied. ■

No. 93–490.  PRINCE GEORGE'S COUNTY, MARYLAND *v.* KIRSCH ET AL.  Ct. App. Md.  Certiorari denied.

No. 93–506.  WILEY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–563.  STRATEMEYER *v.* LINCOLN COUNTY, MONTANA, ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 93–566.  WESTBROOK *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–568.  ALLIED PRODUCTS CORP. *v.* RENKIEWICZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF RENKIEWICZ, DECEASED, ET AL.  Ct. App. Mich.  Certiorari denied. ■

No. 93–572.  FRUEHAUF CORP. *v.* STILL, TRUSTEE FOR SOUTHWEST EQUIPMENT RENTAL, INC., DBA SOUTHWEST MOTOR FREIGHT.  C. A. 6th Cir.  Certiorari denied.

No. 93–578.  SNAP-ON TOOLS CORP. ET AL. *v.* VETTER ET UX. Dist. Ct. Mont., Missoula County.  Certiorari denied.

No. 93–582.  BENNETT *v.* LSP INVESTMENT PARTNERSHIP ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–584.  S. J. T., INC., DBA TJ SMILES, ET AL. *v.* RICHMOND COUNTY, GEORGIA, ET AL.  Sup. Ct. Ga.  Certiorari denied. ■

No. 93–588.  KREN *v.* CITY OF SPRINGFIELD, ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 93–591.  SWAILS *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.